IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02862-AP

SEAN MELODY,

Plaintiff,

v.

Michael J. Astrue, Commissioner of Social Security

Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Joseph A. Whitcomb
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, Colorado 80204
303-534-1954
joe@RMDLG.com

For Defendant:

John F. Walsh
United States Attorney

J.B. García
Assistant United States Attorney
District of Colorado

Michael Sinclair Howard
Social Security Administration-Denver
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, Colorado 80202
(303) 844-7192
michael.howard@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42

U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed: October 31, 2012**

**B. Date Complaint Was Served on U.S. Attorney's Office: December 3, 2012**

**C. Date Answer and Administrative Record Were Filed: January 30, 2013**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the cases raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8. BRIEFING SCHEDULE**

The parties request the following briefing schedule, which is outside of the standard time frame, due to Defendant's case load:

**A. Plaintiff's Opening Brief Due: April 12, 2013**

**B. Defendant's Response Brief Due: May 12, 2013**

**C. Plaintiff's Reply Brief (If Any) Due: May 27, 2013**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiff's Statement:** Plaintiff does not request oral argument.

**B.** **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

***Indicate below the parties' consent choice.***

**A.** **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.** **(X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.***

DATED this 19th day of February, 2013.

BY THE COURT:

***s/John L. Kane***
U.S. DISTRICT COURT JUDGE

APPROVED:

By: Joseph A. Whitcomb
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
303-534-1954
joe@RMDLG.com

UNITED STATES ATTORNEY

/s/ Michael Sinclair Howard
By: Michael Sinclair Howard
Social Security Administration-Denver
1001 17th Street, 6th Floor
Denver, CO 80202
303-844-7192
michael.howard@ssa.gov