IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02862-AP

SEAN MELODY,

    Plaintiff,

v.

Michael J. Astrue, Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Joseph A. Whitcomb
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, Colorado 80204
303-534-1954
joe@RMDLG.com

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J.B. García
Assistant United States Attorney
District of Colorado

Michael Sinclair Howard
Social Security Administration-Denver
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, Colorado 80202
(303) 844-7192
michael.howard@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42

- 1 -

U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: October 31, 2012

    B.    Date Complaint Was Served on U.S. Attorney's Office: December 3, 2012

    C.    Date Answer and Administrative Record Were Filed: January 30, 2013

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the cases raises unusual claims or defenses.

**7.  OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8.  BRIEFING SCHEDULE**

The parties request the following briefing schedule, which is outside of the standard time frame, due to Defendant's case load:

    A.    **Plaintiff's Opening Brief Due: April 12, 2013**

    B.    **Defendant's Response Brief Due: May 12, 2013**

    C.    **Plaintiff's Reply Brief (If Any) Due: May 27, 2013**

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

    **A.**    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 19th day of February, 2013.

                          BY THE COURT:

                          *s/John L. Kane*
                          U.S. DISTRICT COURT JUDGE

| APPROVED: | UNITED STATES ATTORNEY |
|---|---|
| By: Joseph A. Whitcomb<br>Rocky Mountain Disability Law Group<br>1391 Speer Blvd., Suite 705<br>Denver, CO 80204<br>303-534-1954<br>joe@RMDLG.com | /s/ Michael Sinclair Howard<br>By: Michael Sinclair Howard<br>Social Security Administration-Denver<br>1001 17th Street, 6th Floor<br>Denver, CO 80202<br>303-844-7192<br>michael.howard@ssa.gov |