**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-2862-WJM

SEAN MELODY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

---

**ORDER GRANTING FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

---

This matter is before the Court on the Parties' Stipulated Fees Under the Equal Access to Justice Act, filed December 20, 2013 (ECF No. 24).  The Court having reviewed the Stipulation and being fully advised hereby ORDERS as follows:

The Parties have stipulated to an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA) (EAJA Petition) totaling $4,800.00.  The Court FINDS such fees reasonable and authorized by 28 U.S.C. § 2412 (2006) and therefore ORDERS  Defendant to pay to Plaintiff $4,800.00.

Under *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).  This Court therefore orders the EAJA fees to be paid to Plaintiff. Nonetheless, the court recognizes that Plaintiff assigned her right to EAJA fees to her attorney. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff does not owe a debt that is subject to offset

under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Dated this 26th day of December, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge